UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>RICK M. HILL, et al.,<br><br>  Defendants. | Case No. 23-cv-04214-WHO (PR)<br><br>**ORDER OF TRANSFER** |

The events giving rise to plaintiff Jesse Johnson's 42 U.S.C. § 1983 claims occurred at Folsom State Prison, which lies in the Eastern District of California.  Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and because the named defendants reside therein.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  August 24, 2023



WILLIAM H. ORRICK
United States District Judge