1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11    JESSE JOHNSON, JR.,                    No.  2:23-cv-1846 DJC SCR P
12                Plaintiff,
13         v.                                ORDER
14    RICK M. HILL, et al.,
15                Defendants.
16

17         Plaintiff filed a motion for extension of time to file a third amended complaint.  Good
18    cause appearing, IT IS HEREBY ORDERED that:
19         1.  Plaintiff's motion for an extension of time (ECF No. 27) is granted; and
20         2.  Plaintiff is granted thirty days from the date of this order in which to file a third
21    amended complaint.
22    DATED: December 5, 2025

23
24    _____
      SEAN C. RIORDAN
      UNITED STATES MAGISTRATE JUDGE
25
26
27
28